UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

INELA ROKO CALA,

    Plaintiff,

v.                               Case No: 2:22-cv-635-JES-KCD

MOORINGS PARK COMMUNITY HEALTH, INCORPORATED,

    Defendant.

**ORDER**

    This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #40) filed on April 20, 2023. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this <u> 21st </u> day of April 2023.

                                           JOHN E. STEELE
                                           SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record